IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF DOROTHY COLEMAN AMMONS, Executor: JAMES W. AMMONS, | }<br>}<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } CASE NO. CV 00-B-2206-S |
| TENET "LLOYD NOLAN" HOSPITAL ADMINISTRATION, DOCTORS, AND NURSES, et al., | }<br>}<br>}<br>} |
| Defendants. | } |

## MEMORANDUM OPINION

This case is before the court on the Motions to Dismiss filed by defendants United Healthcare, Inc., "Tenet, Lloyd Nolan Hospital Administration, Doctors, and Nurses,"[1] and Associated Respiratory Therapists, Inc. The court has carefully considered defendants' Motions, the Memoranda submitted in support of the Motions, the Opposition filed by Mr. Ammons, and the argument of counsel.

This lawsuit seeks damages for the death of Dorothy Coleman Ammons, which the Complaint alleges was caused by the negligent and wanton conduct of the defendants. The Complaint was signed by James Ammons as Executor of the Estate of Dorothy Coleman Ammons. Mr. Ammons is the widower of Dorothy Coleman Ammons.

Defendants move to dismiss the Complaint on a number of grounds. It is only necessary that the court address one ground. Because Mr. Ammons is not licensed to practice law in the State of Alabama, defendants argue that, as a matter of law, he cannot represent the Estate of

---

[1] This is how the Complaint identifies these defendants.

Dorothy Coleman Ammons. *See Ghafary v. Korn*, 738 So. 2d 778 (Ala. 1998). The court agrees. Therefore, by separate Order, the court will grant defendants' Motions to Dismiss.

**DONE** this  21st  day of November, 2000.

*Sharon Lovelace Blackburn*
**SHARON LOVELACE BLACKBURN**
United States District Judge